FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 26  AM 10: 43

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANGELE HARTLEY, wife of/and | * | CIVIL ACTION |
| MICHAEL HARTLEY | * | |
| | * | NO.: 05-2457 |
| | * | |
| VERSUS | * | SECTION "L" |
| | * | |
| PHILLIP SERVICES/LOUISIANA, INC. | * | MAGISTRATE (3) |
| D/B/A PSC INDUSTRIAL OUTSOURCING, | * | |
| INC. AND IVORY J. LONDON | * | |
| | * | |
| | * | |
| *    *    *    *    *    *    *    * | | |

## ORDER

Considering the foregoing Motion to Remand;

**IT IS ORDERED** that the above entitled and numbered cause be and same is hereby

remanded to 24th Judicial District Court for the Parish of Jefferson, State of Louisiana.

New Orleans, Louisiana, this 23rd day of ___June___, 2006.

_____
U.S. DISTRICT JUDGE